Ol cv996mtn for Modification

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 28 P 3: 07
US DISTRICT COURT
HARTFORD CT

---

DAVID D. HENWOOD,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

    Defendants.

:
:
:
:  Civil Action No.
:  3:01 CV 996 (AWT) (DFM)
:
:
:
:
:  October 28, 2003

---

### DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move the Court for a short extension of time on the deadline for filing dispositive motions. Plaintiff David Henwood ("Henwood") recently notified Defendants that he is pursuing a response to a document request Defendants objected to over one year ago. The parties have discussed the request and are attempting to resolve the discovery issue. Henwood has told Defendants he will pursue a motion to compel if the matter cannot be resolved. Defendants therefore seek a short extension of time to file their motion for summary judgment so that the parties can first resolve this one remaining discovery issue, either among themselves or with Court intervention, prior to having to file their dispositive motion.

In support of this motion, Defendants state as follows:

By Order dated July 11, 2003, the Court granted Henwood's June 10, 2003 Motion for Modification of Scheduling Order, extending the discovery cut-off date to September 26, 2003 and setting the dispositive motion deadline for November 3, 2003.

By pleading dated July 23, 2003, Henwood moved the Court to reconsider its July 11 Order and to again extend the discovery period. On September 26, 2003, the Court

---

*Handwritten annotation (left margin):* In view of defense counsel's representation that the discovery issue has been resolved, defendants' motion for modification of scheduling order is GRANTED. By agreement of the parties, dispositive motions shall be filed by November 17, 2003. SO ORDERED.

Donna F. Martinez, U.S.M.J.
10/31/03