UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
                                 :
DAVID D. HENWOOD,                :
                                 :
        Plaintiff,               :
                                 :
v.                               :   Civ No. 3:01CV00996(AWT)
                                 :
UNISOURCE WORLDWIDE, INC. and    :
GEORGIA-PACIFIC CORP.            :
        Defendants.              :
                                 :
---------------------------------x

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_     A ruling on the following motion(s), which is/are currently pending: (orefm.)
        • Doc.# 63 Motion for Modification of Scheduling Order

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_\_   Other: (orefmisc./misc) _____

        SO ORDERED this ___ day of October 2003, at Hartford, Connecticut.

                                            Alvin W. Thompson
                                            United States District Judge