UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID D. HENWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:01CV996(AWT) (DFM) |
| UNISOURCE WORLDWIDE, INC. ) | |
| ) | |
| and ) | |
| ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation, by counsel, move the Court to grant summary judgment in their favor as to Plaintiff's Amended Complaint. The undisputed material facts, which are set forth in the accompanying Local Rule 56(a)1 Statement, reveal that Defendants are entitled to judgment as a matter of law. The grounds for this motion are fully set forth in the accompanying brief.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, Defendants respectfully request that this Court grant its Motion for Summary Judgment and enter an Order dismissing this case with prejudice.

THE DEFENDANTS,
UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

By_____
Wendi J. Kemp (ct11185)
McCARTER & ENGLISH
CityPlace I
85 Asylum Street, 36th Floor
Hartford, CT 06103-3495
(860) 275-6700

C. Randolph Sullivan (ct22795)
Kimberlee W. DeWitt (ct23825)
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 17th day of November, 2003:

Daniel M. Young
WOFSEY, ROSEN, KWESKIN &KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490

_____
Wendi J. Kemp

HARTFORD: 603145.01