UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID D. HENWOOD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **3:01CV996(AWT) (DFM)** |
| UNISOURCE WORLDWIDE, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGIA-PACIFIC CORPORATION, | ) | |
| | ) | |

C. RANDOLPH SULLIVAN, having been duly sworn, declares under penalty of perjury that the following is a true and correct statement to the best of his personal knowledge and belief:

1.     I am counsel for Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") in the above-styled action. I am over the age of eighteen (18), believe in the obligation of an oath, and am competent to attest to the matters herein.

2.     I make this Affidavit on the basis of my own personal knowledge.

3.     I submit this Affidavit to attest that the copies of documents attached to Defendants' Local Rule 56(a)1 Statement and in support of Defendants' Motion for Summary Judgment are true and accurate copies of documents produced by the parties during discovery in this action. These documents include excerpts from David Henwood's deposition transcript and certain exhibits thereto; excerpts from James O'Toole's deposition transcript; excerpts from Wayne Rittenbach's deposition transcript and certain exhibits thereto; excerpts from Steve Strickland's deposition transcript; excerpts from Paul Stewart's deposition transcript; excerpts from Paul Beaudoin's deposition transcript; and certain exhibits to John Pettit's deposition transcript.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2003.

C. Randolph Sullivan

29073.000230 RICHMOND 1092507v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 17th day of November, 2003:

Daniel M. Young
WOFSEY, ROSEN, KWESKIN &KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490

_____
Wendi J. Kemp

HARTFORD: 603145.01

3