

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------

DAVID D. HENWOOD,                       :

       Plaintiff,                          :

                                             Civil Action No.

v.                                      :   3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and           :
GEORGIA-PACIFIC CORP.

       Defendants.                         :   December 5, 2003

------------------------------------------------

### MOTION, ON CONSENT, FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned action respectfully moves for a four-week extension of time to respond to the defendants' Motion for Summary Judgment, dated November 17, 2003. Currently, the plaintiff's response is due on or before December 11, 2003. The plaintiff seeks a four-week extension of time so as to require the filing of the plaintiff's brief and supporting pleadings on or before January 8, 2003. As discussed below, the defendants consent to this requested extension. Further in support of this motion, the plaintiff represents the following:

    1.    The parties previously have engaged in significant amounts of discovery, including the exchange of thousands of pages of documents and the taking of ten depositions over the last year and a half.

    2.    The defendants' motion for summary judgment is lengthy and, for a variety of factual and legal reasons, seeks judgment as a matter of law as to each of the plaintiff's six counts of his Amended Complaint.

    3.    Upon information and belief, the defendants' counsel first began drafting their

**Extension GRANTED, to and including January 8, 2004. It is so ordered.**



Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/9/03