UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD,              :

      Plaintiff,          :

    v.                         :     Civil Action No.
                                          3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and  :
GEORGIA-PACIFIC CORP.

      Defendants.         :     January 8, 2004

---

### Notice of Manual Filing

Please take notice that the Plaintiff David Henwood has manually filed the following document or thing:

    Plaintiff David Henwood's Summary Judgment Exhibits

This document has not been filed electronically because

- the document cannot be converted to an electronic format because of its length
  AND
- part of the document contains items that should be sealed pursuant to Local Rule 5(d)

The document has been manually served on all parties.

                                      THE PLAINTIFF,
                                      DAVID D. HENWOOD

                                      By _____
                                        David M. Cohen, Esq. (ct06047)
                                        Daniel M. Young (ct17188)
                                        WOFSEY, ROSEN, KWESKIN &
                                            KURIANSKY, LLP
                                        600 Summer Street
                                        Stamford, CT 06901-1490
                                        (203) 327-2300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 8th day of January 2004:

Wendi J. Kemp, Esq.
Gregory B. Nokes, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103

C. Randolph Sullivan, Esq.
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219
(also by facsimile)

_____
Daniel M. Young