

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD,                  :

      Plaintiff,              :

      v.                      :   Civil Action No.
                                       3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and      :
GEORGIA-PACIFIC CORP.

      Defendants.             :   January 5, 2004

---

**FILED 2004 JAN -6 A 11:** (stamp)

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION

Pursuant to Rule 7(a)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut, the Plaintiff respectfully requests the Court's permission to file a memorandum of law in opposition to the Defendants' Motion for Summary Judgment that exceeds the standard forty-page limit.

The Plaintiff and his counsel have been working diligently for the last several weeks to complete his summary judgment opposition pleadings before the deadline of January 8, 2004. Because the Defendants move for summary judgment on every count of the Plaintiff's Complaint, and because the Defendants ignore significant amounts of evidence that the Plaintiff maintains must be addressed in determining whether genuine issues of material fact exist that should preclude summary judgment, the Plaintiff's draft opposition memorandum of law, as it now exists, substantially exceeds the Court's standard page limitation. Because of the Defendants' failure to acknowledge the existence of evidence contrary to their position, the Plaintiff's factual background section alone now exceeds twenty-five pages. In revising and editing this memorandum of law over the next few days, the Plaintiff hopes to be able to shorten the brief.

*GRANTED, over objection. It is so ordered.*
*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT*
*1/9/2004*