UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DAVID D. HENWOOD, | : |
| Plaintiff, | : |
| | Civil Action No. |
| v. | :    3:01 CV 996 (AWT)(DFM) |
| UNISOURCE WORLDWIDE, INC. and GEORGIA-PACIFIC CORP. | : |
| Defendants. | :    January 21, 2004 |

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff David Henwood moves for leave to file the attached Amended Complaint. The Plaintiff seeks to amend the operative complaint, dated December 13, 2001, in order to plead specifically a separate count of recovery under implied contract premised upon promissory estoppel. The Plaintiff also seeks to make other minor amendments to the December 13, 2001 Amended Complaint.

For the reasons set forth in the Plaintiff's supporting memorandum of law, the Plaintiff respectfully requests leave to file the attached Amended Complaint.

                               RESPECTFULLY SUBMITTED,
                               THE PLAINTIFF DAVID D. HENWOOD


                               By _____/s/_____
                                   David M. Cohen, Esq. (ct06047)
                                   Daniel M. Young (ct17188)
                                   WOFSEY, ROSEN, KWESKIN &
                                        KURIANSKY, LLP
                                   600 Summer Street
                                   Stamford, CT 06901-1490
                                   (203) 327-2300

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 21st day of January 2004:

Wendi J. Kemp, Esq.
Gregory B. Nokes, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103

C. Randolph Sullivan, Esq.
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219

_____/s/_____
Daniel M. Young