UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 22  P 12: 52

| | |
|---|---|
| DAVID D. HENWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:01CV996(AWT) (DFM) |
| UNISOURCE WORLDWIDE, INC. ) | |
| ) | |
| and ) | |
| ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME AND PAGE LIMITS**

Pursuant to Rule 7(b)(2) of the Local Rules of this Court, Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move this Court for a short extension of the page limitation and time period governing Defendants' reply brief in support of its Motion for Summary Judgment.

Defendants received Plaintiff's brief in opposition to Defendants' Motion for Summary Judgment on Friday, January 9, 2004. Plaintiff's opposition brief is sixty pages, twenty pages longer than that which is typically allowed by this Court. Because of the length of Plaintiff's opposition brief, Defendants need additional time in which to review the brief and respond accordingly. Furthermore, in order to adequately reply to Plaintiff's opposition brief, Defendants anticipate that they may need an additional five pages in which to respond.

In support of this motion, Defendants state as follows:

1. By Order dated December 9, 2003, this Court granted Plaintiff a four week extension of time in which to file his opposition to Defendants' Motion for Summary Judgment.

2. In addition, by Order dated January 9, 2004, this Court granted Plaintiff permission to submit a sixty page brief in opposition to Defendants' Motion for Summary Judgment.

3. On January 9, 2004, Defendants received Plaintiff's sixty page opposition brief.

4. As a result of Plaintiff's lengthy brief, Defendants are seeking a short extension of the time period in which to file their reply brief and a small enlargement of the page limitation. Specifically, Defendants are requesting that the current January 26, 2004 deadline be extended until February 3rd and that Defendants be permitted to file up to a fifteen page reply brief. These extensions are necessary due to the voluminous opposition brief submitted by Plaintiff.

5. This is the first request made by Defendants for an extension of time in which to file this reply brief and the second request for an extension of time by Defendants on this summary judgment motion.

6. Defendants have conferred with Plaintiff's counsel about this request and Plaintiff's counsel consents to the requested extensions.

7. For the reasons set forth above, Defendants respectfully assert that good cause exists for the granting of this motion.

For these reasons, Defendants respectfully request that this Court grant this motion and extend the deadline for filing their reply brief until February 3, 2004 and permit Defendants to file a reply brief that will not exceed 15 pages.

THE DEFENDANTS,

UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

By _____
Wendi J. Kemp (ct11185)
McCARTER & ENGLISH
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
(860) 275-6700

C. Randolph Sullivan (ct22795)
Kimberlee W. DeWitt (ct23825)
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 22nd day of January, 2004:

>Daniel M. Young
>WOFSEY, ROSEN, KWESKIN &KURIANSKY, LLP
>600 Summer Street
>Stamford, CT 06901-1490

_____
Wendi J. Kemp

HARTFORD: 607132.01

4