85

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22  P 12: 52

DISTRICT COURT
HARTFORD, CT

DAVID D. HENWOOD,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )    Civil Action No.
UNISOURCE WORLDWIDE, INC.            )    3:01CV996(AWT) (DFM)
                                     )
and                                  )
                                     )
GEORGIA-PACIFIC CORPORATION,         )
                                     )
            Defendants.              )
                                     )

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME AND PAGE LIMITS

Pursuant to Rule 7(b)(2) of the Local Rules of this Court, Defendants Unisource

Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move this

Court for a short extension of the page limitation and time period governing Defendants'

reply brief in support of its Motion for Summary Judgment.

Defendants received Plaintiff's brief in opposition to Defendants' Motion for

Summary Judgment on Friday, January 9, 2004. Plaintiff's opposition brief is sixty pages,

twenty pages longer than that which is typically allowed by this Court. Because of the

length of Plaintiff's opposition brief, Defendants need additional time in which to review

the brief and respond accordingly. Furthermore, in order to adequately reply to Plaintiff's

opposition brief, Defendants anticipate that they may need an additional five pages in

which to respond.

*(Left margin, rotated text:)* GRANTED. The defendants' reply to the plaintiff's opposition to the defendants' motion for summary judgment shall be filed by February 3, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.

1/30/2004

Hartford, CT