UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------------

DAVID D. HENWOOD,                              :

        Plaintiff,                              :

                             :    Civil Action No.
        v.                              :    3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and                  :
GEORGIA-PACIFIC CORP.

        Defendants.                             :    February 11, 2004

--------------------------------------------------------------

## MOTION FOR PERMISSION TO FILE
## SUR-REPLY MEMORANDUM IN FURTHER
## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff David D. Henwood respectfully moves for permission to file the attached sur-reply memorandum in further opposition to Defendants' motion for summary judgment and in response to Defendants' reply brief, dated February 3, 2004.  While the Defendants attempt to identify (often with no evidentiary support) numerous "undisputed" facts in their reply brief, the Plaintiff's sur-reply will assist the Court (a) in locating support in the lengthy record for the numerous factual disputes that preclude a summary judgment and (b) in identifying the areas of disagreement between the parties concerning the inferences to be drawn from the factual record. The sur-reply is two and one-half pages long, with an attached chart.

The Defendants oppose this motion.  Nonetheless, the Plaintiff respectfully submits that the sur-reply submission will assist the Court in its adjudication of the Defendants' motion.  It will

## ORAL ARGUMENT IS NOT REQUESTED

enable the Court to manage a cumbersome record and, therefore, the Plaintiff respectfully asks that

he be permitted to file the attached sur-reply.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF DAVID D. HENWOOD

By _____
David M. Cohen, Esq. (ct06047)
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN &
    KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490
(203) 327-2300

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion, including exhibits, was sent by U.S.

Mail, postage prepaid, on this 11th day of February 2004 to:

> Wendi J. Kemp, Esq.
> Gregory B. Nokes, Esq.
> McCarter & English, LLP
> CityPlace I
> 185 Asylum Street
> Hartford, Connecticut 06103

and sent by overnight mail on this 11th day of February 2004 to:

> C. Randolph Sullivan, Esq.
> Hunton & Williams
> 951 East Byrd Street
> Richmond, VA 23219

_____
Daniel M. Young