UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD, :

    Plaintiff, :

v. : Civil Action No.
   3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and :
GEORGIA-PACIFIC CORP.

    Defendants. : February 11, 2004

---

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff David D. Henwood respectfully moves for a one-week extension of time to file a reply brief in further support of his motion for leave to file amended complaint, dated January 21, 2004. In support of this motion, the Plaintiff represents as follows:

1. The Plaintiff's motion for leave to file amended complaint was filed with the Court on January 22, 2004. The Defendants oppose this motion, and their brief is due on February 17, 2004.

2. Defendants' counsel anticipates that he will file his opposition brief on February 17, 2004. Therefore, Plaintiff's reply brief, if any, currently must be filed on or before March 2, 2004.

3. Plaintiff's counsel will be away on a family vacation from Tuesday, February 17, 2004 until Tuesday, February 24, 2004.

4. Plaintiff's counsel seeks an extension of time of one week so as to allow the Plaintiff time to analyze the Defendants' objection and draft a reply brief, if the Plaintiff believes that one is necessary. In order not to prejudice the Plaintiff's position as a result of Plaintiff's

counsel's vacation, the Plaintiff respectfully asserts that good cause exists for the granting of this motion.

5. Defendants' counsel consents to this requested one-week extension of time.

6. This is the first request for an extension of time with respect to this time limitation.

For the foregoing reasons, the Plaintiff respectfully requests an extension of time until March 9, 2004 to file any reply brief in further support of the Plaintiff's motion for leave to file amended complaint.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF DAVID D. HENWOOD

By _____
David M. Cohen, Esq. (ct06047)
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN &
    KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490
(203) 327-2300