

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD,                          :

      Plaintiff,                         :

      v.                                  :     Civil Action No.
                                                             3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and              :
GEORGIA-PACIFIC CORP.

      Defendants.                        :     February 11, 2004

---

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
## IN FURTHER SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

    The Plaintiff David D. Henwood respectfully moves for a one-week extension of time to file a reply brief in further support of his motion for leave to file amended complaint, dated January 21, 2004. In support of this motion, the Plaintiff represents as follows:

    1.    The Plaintiff's motion for leave to file amended complaint was filed with the Court on January 22, 2004. The Defendants oppose this motion, and their brief is due on February 17, 2004.

    2.    Defendants' counsel anticipates that he will file his opposition brief on February 17, 2004. Therefore, Plaintiff's reply brief, if any, currently must be filed on or before March 2, 2004.

    3.    Plaintiff's counsel will be away on a family vacation from Tuesday, February 17, 2004 until Tuesday, February 24, 2004.

    4.    Plaintiff's counsel seeks an extension of time of one week so as to allow the Plaintiff time to analyze the Defendants' objection and draft a reply brief, if the Plaintiff believes that one is necessary. In order not to prejudice the Plaintiff's position as a result of Plaintiff's

*Extension GRANTED, to and including March 9, 2004. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 2/13/04*