UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD,           :

    Plaintiff,           :

    v.           :     Civil Action No.
                                     3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and       :
GEORGIA-PACIFIC CORP.

    Defendants.           :     January 21, 2004

---

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff David Henwood moves for leave to file the attached Amended Complaint. The Plaintiff seeks to amend the operative complaint, dated December 13, 2001, in order to plead specifically a separate count of recovery under implied contract premised upon promissory estoppel. The Plaintiff also seeks to make other minor amendments to the December 13, 2001 Amended Complaint.

For the reasons set forth in the Plaintiff's supporting memorandum of law, the Plaintiff respectfully requests leave to file the attached Amended Complaint.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF DAVID D. HENWOOD

By _____
David M. Cohen, Esq. (ct06047)
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN &
    KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490
(203) 327-2300

FILED 2004 MAR 15  P 5:05  U.S. DISTRICT COURT  HARTFORD, CT.

GRANTED, over objection, because the plaintiff has moved to amend his complaint based upon and promptly after the decision in Stewart. The Clerk shall docket the Amended Complaint. The defendants shall file any supplemental motion for summary judgment addressed to the new promissory estoppel count within 30 days. It is so ordered.

Alvin W. Thompson, U.S.D.J.           Hartford, CT    3/12/2004