UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 16 P 12: 04

U.S. DISTRICT COURT
HARTFORD, CT.

DAVID D. HENWOOD,

    Plaintiff,

v.

UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

    Defendants.

Civil Action No.
3:01 CV 996 (AWT)(DFM)

March 15, 2004

## REPLY BRIEF IN FURTHER SUPPORT OF
## MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM

The Plaintiff's sur-reply brief is intended as an aid to the Court, to assist it in identifying the disputed factual issues raised by the Defendants' motion. As such, it is a supplement to the Plaintiff's Local Rule 56(a)2 statement of disputed facts.

Were it not for the Defendants' improper advocacy, a sur-reply would not have been necessary. However, in light of the Defendants' repeated, inaccurate contentions that their arguments are undisputed, the Plaintiff believes that his sur-reply will assist the Court in locating in the record the evidence that supports the Plaintiff's position that these issues must be resolved by the trier of fact. The Plaintiff therefore respectfully requests that the Court should grant his motion and accept for filing his sur-reply memorandum of law.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF DAVID D. HENWOOD

By _____
David M. Cohen, Esq. (ct06047)
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN &
    KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490
(203) 327-2300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, on this 15th day of March 2004 to:

> Wendi J. Kemp, Esq.
> Gregory B. Nokes, Esq.
> McCarter & English, LLP
> CityPlace I
> 185 Asylum Street
> Hartford, Connecticut 06103

and sent by U.S. Mail, postage prepaid, and by facsimile this 15th day of March 2004 to:

> C. Randolph Sullivan, Esq.
> Hunton & Williams
> 951 East Byrd Street
> Richmond, VA 23219

_____
Daniel M. Young