

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DAVID D. HENWOOD,             :

    Plaintiff,            :

                                                            Civil Action No.
v.                            :   3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and :
GEORGIA-PACIFIC CORP.

    Defendants.          :   February 11, 2004

---

## MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff David D. Henwood respectfully moves for permission to file the attached sur-reply memorandum in further opposition to Defendants' motion for summary judgment and in response to Defendants' reply brief, dated February 3, 2004. While the Defendants attempt to identify (often with no evidentiary support) numerous "undisputed" facts in their reply brief, the Plaintiff's sur-reply will assist the Court (a) in locating support in the lengthy record for the numerous factual disputes that preclude a summary judgment and (b) in identifying the areas of disagreement between the parties concerning the inferences to be drawn from the factual record. The sur-reply is two and one-half pages long, with an attached chart.

The Defendants oppose this motion. Nonetheless, the Plaintiff respectfully submits that the sur-reply submission will assist the Court in its adjudication of the Defendants' motion. It will

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED, over objection.  The Clerk shall docket the plaintiff's sur-reply memorandum.
It is so ordered.

Alvin W. Thompson, U.S.D.J.            Hartford, CT    3/27/2004