100

United States District Court
District of Connecticut
FILED AT    HARTFORD

4/14

Kevin F. Rowe, Clerk                20 04

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID D. HENWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:01CV996(AWT) (DFM) |
| UNISOURCE WORLDWIDE, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGIA-PACIFIC CORPORATION, | ) | April 14, 2004 |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO REOPEN DISCOVERY AND
## FOR ENLARGEMENT OF TIME

Pursuant to Rule 7(b)(2) of the Local Rules of this Court, Defendants Unisource

Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move this Court to

reopen discovery and to grant a short extension of the time period set forth in this Court's March

15, 2004 order in which Defendants can supplement their Motion for Summary Judgment.

In support of this motion, Defendants state the following:

1.    By Order dated March 15, 2004, this Court granted Plaintiff leave to amend his

Complaint to add a promissory estoppel claim. By this same Order, this Court gave Defendants

until April 14, 2004 to supplement their Motion for Summary Judgment, which was filed on

November 17, 2003.

GRANTED. Discovery is reopened for the limited purpose described herein, and the defendants deadline for supplementing its summary judgment motion is hereby extended to June 1, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 04/16/04

2004 APR 16 P 4: 09
U.S. DISTRICT COURT
HARTFORD, CT.