UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

| | |
|---|---|
| DAVID D. HENWOOD, | : |
| Plaintiff, | : |
| | Civil Action No. |
| v. | : 3:01 CV 996 (AWT) |
| | : |
| UNISOURCE WORLDWIDE, INC. and GEORGIA-PACIFIC CORP. | : |
| Defendants. | : April 15, 2004 |

---------------------------------------------------------------

### REPLY TO DEFENSES

The plaintiff David Henwood denies generally each and every defense set forth in the defendants' Answer, dated March 29, 2004.

More specifically, and without limitation, the plaintiff pleads the following defenses in response to the defendants' defenses:

#### Fifth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

#### Sixth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

#### Eighth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

#### Thirteenth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Seventeenth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Eighteenth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Twenty-Third Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Twenty-Seventh Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Twenty-Ninth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Thirty-Fourth Defense

The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

### Forty-First Defense

      The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

Forty-Second Defense

      The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

Forty-Third Defense

      The defendants are barred from asserting this defense by the doctrines of estoppel and/or waiver.

        THE PLAINTIFF,
        DAVID D. HENWOOD

By _____
   David M. Cohen, Esq. (ct06047)
   Daniel M. Young (ct17188)
  WOFSEY, ROSEN, KWESKIN &
     KURIANSKY, LLP
  600 Summer Street
  Stamford, CT 06902
  (203) 327-2300

The plaintiff demands a trial by jury.

_____
      Daniel M. Young

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed to the following counsel of record on this 15th day of April, 2004:

      Wendi J. Kemp, Esq.
      Gregory B. Nokes, Esq.
      McCarter & English, LLP
      CityPlace I
      185 Asylum Street
      Hartford, Connecticut 06103

      C. Randolph Sullivan, Esq.
      Kimberlee W. DeWitt, Esq.
      Hunton & Williams
      951 East Byrd Street
      Richmond, VA 23219

                                              _____
                                                Daniel M. Young