UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID D. HENWOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNISOURCE WORLDWIDE, INC. )<br>)<br>and )<br>)<br>GEORGIA-PACIFIC CORPORATION, )<br>)<br>Defendants. ) | Civil Action No.<br>3:01CV996(AWT) (DFM)<br><br><br><br><br>June 1, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
PLAINTIFF'S PROMISSORY ESTOPPEL CLAIM**

By Order dated March 15, 2004, this Court granted Plaintiff leave to add a claim for promissory estoppel to his Amended Complaint as a "Seventh Count." Defendants, on November 17, 2003, already filed for summary judgment on all of the other claims of Plaintiff's Amended Complaint. Now, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendants, by counsel, move the Court to grant summary judgment in their favor as to Plaintiff's promissory estoppel claim (the "Seventh Count" of his Amended Complaint). The undisputed material facts, which are set forth in the initial Local Rule 56(a)1 Statement filed by Defendants on November 17, 2003, and briefly supplemented for purposes of the promissory estoppel claim in the accompanying Local Rule 56(a)1 Statement, reveal that Defendants are entitled to judgment as a matter of law. The grounds for this motion are fully set forth in the accompanying brief.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, Defendants respectfully request that this Court grant its Motion for Summary Judgment and enter an Order dismissing this case with prejudice.

THE DEFENDANTS,
UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

By _____
Wendi J. Kemp (ct11185)
McCARTER & ENGLISH
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
(860) 275-6700

C. Randolph Sullivan (ct22795)
Kimberlee W. DeWitt (ct23825)
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by overnight mail, postage prepaid, to the following counsel of record on this 1st day of June, 2004:

>Daniel M. Young
>WOFSEY, ROSEN, KWESKIN &KURIANSKY, LLP
>600 Summer Street
>Stamford, CT 06901-1490

_____
Wendi J. Kemp

HARTFORD: 616087.01