UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 21  A 10: 12

U.S. DISTRICT COURT
HARTFORD, CT.

---

DAVID D. HENWOOD, :

    Plaintiff, :

v. :

UNISOURCE WORLDWIDE, INC. and :
GEORGIA-PACIFIC CORP.

    Defendants. :

Civil Action No.
3:01 CV 996 (AWT)(DFM)

June 18, 2004

---

**MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON PLAINTIFF'S PROMISSORY ESTOPPEL CLAIM**

The Plaintiff David D. Henwood respectfully moves for a one-week extension of time to file his opposition to Defendants' Motion for Summary Judgment on Plaintiff's Promissory Estoppel Claim, dated June 1, 2004. In support of this motion, the Plaintiff represents as follows:

1. The Defendants filed their recent Motion for Summary Judgment on Plaintiff's Promissory Estoppel Claim on June 1, 2004, and they served it upon Plaintiff's counsel by mail. Therefore, Plaintiff's opposition currently is due on or before Friday, June 25, 2004.

2. Although Plaintiff and his counsel has expended considerable time reviewing the Defendants' motion and related pleadings and preparing opposition pleadings, they do not anticipate that they will be able to complete their opposition pleadings before the current deadline of Friday, June 25, 2004. Plaintiff seeks an extension of time of one week so as to afford him sufficient opportunity to present his opposition to the Court in the most effective manner possible. It is respectfully submitted that good cause exists for the granting of this limited extension of time.

5. Defendants' counsel consents to this requested one-week extension of time.

6. This is the first request for an extension of time with respect to this time limitation.

For the foregoing reasons, the Plaintiff respectfully requests an extension of time until Friday, July 2, 2004 to file the Plaintiff's opposition pleadings to the Defendants' Motion for Summary Judgment on Plaintiff's Promissory Estoppel Claim.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF DAVID D. HENWOOD

By _____
David M. Cohen, Esq. (ct06047)
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN &
KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490
(203) 327-2300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, on this 18th day of June 2004 to:

>Wendi J. Kemp, Esq.
>Gregory B. Nokes, Esq.
>McCarter & English, LLP
>CityPlace I
>185 Asylum Street
>Hartford, Connecticut 06103

>C. Randolph Sullivan, Esq.
>Hunton & Williams
>951 East Byrd Street
>Richmond, VA 23219

_____
Daniel M. Young