1016

UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 JUN 21  A 10: 12

U.S. DISTRICT COURT
HARTFORD, CT.

DAVID D. HENWOOD,                          :

      Plaintiff,                          :

                                Civil Action No.
      v.                          :  3:01 CV 996 (AWT)(DFM)

UNISOURCE WORLDWIDE, INC. and              :
GEORGIA-PACIFIC CORP.

      Defendants.                          :  June 18, 2004

## MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR
## SUMMARY JUDGMENT ON PLAINTIFF'S PROMISSORY ESTOPPEL CLAIM

The Plaintiff David D. Henwood respectfully moves for a one-week extension of time to

file his opposition to Defendants' Motion for Summary Judgment on Plaintiff's Promissory

Estoppel Claim, dated June 1, 2004.  In support of this motion, the Plaintiff represents as follows:

1.      The Defendants filed their recent Motion for Summary Judgment on Plaintiff's

Promissory Estoppel Claim on June 1, 2004, and they served it upon Plaintiff's counsel by mail.

Therefore, Plaintiff's opposition currently is due on or before Friday, June 25, 2004.

2.      Although Plaintiff and his counsel has expended considerable time reviewing the

Defendants' motion and related pleadings and preparing opposition pleadings, they do not

anticipate that they will be able to complete their opposition pleadings before the current deadline

of Friday, June 25, 2004.  Plaintiff seeks an extension of time of one week so as to afford him

sufficient opportunity to present his opposition to the Court in the most effective manner possible.

It is respectfully submitted that good cause exists for the granting of this limited extension of time.

5.      Defendants' counsel consents to this requested one-week extension of time.

**Extension GRANTED, to and including July 2, 2004. It is so ordered.**

**Alvin W. Thompson, U.S.D.J.**