UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DAVID D. HENWOOD, | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : 3:01 CV 996 (AWT)(DFM) |
| UNISOURCE WORLDWIDE, INC. and GEORGIA-PACIFIC CORP. | : |
| Defendants. | : July 1, 2004 |

---

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff David Henwood moves for leave to amend his complaint for the sole purpose of adding Paragraph 63 to the Seventh Count, and he therefore requests that the Court accept for filing the attached Amended Complaint. The Plaintiff seeks to amend the operative complaint, dated January 21, 2004, in order to avoid the senseless adjudication of the Defendants' technical argument that his promissory estoppel claim is defective because of his failure to plead explicitly the legal conclusion that "injustice can be avoided only by enforcement of the defendants' promises." Rule 15(a) mandates that leave to amend "shall be freely given when justice so requires," and the Plaintiff respectfully submits that the Defendants will suffer no prejudice from this technical amendment to the Plaintiff's complaint.

ORAL ARGUMENT IS NOT REQUESTED

Therefore, the Plaintiff respectfully requests that the Court accept for filing the attached Amended Complaint.

                                                RESPECTFULLY SUBMITTED,
                                                THE PLAINTIFF DAVID D. HENWOOD

By _____/s/_____
   David M. Cohen, Esq. (ct06047)
   Daniel M. Young (ct17188)
   WOFSEY, ROSEN, KWESKIN &
      KURIANSKY, LLP
  600 Summer Street
  Stamford, CT 06901-1490
  (203) 327-2300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, to the following counsel of record on this 1st day of July 2004:

>Wendi J. Kemp, Esq.
>Gregory B. Nokes, Esq.
>McCarter & English, LLP
>CityPlace I
>185 Asylum Street
>Hartford, Connecticut 06103

and by U.S. Mail, postage prepaid, and by e-mail to:

>C. Randolph Sullivan, Esq.
>Hunton & Williams
>951 East Byrd Street
>Richmond, VA 23219

>_____/s/_____
>Daniel M. Young