## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID D. HENWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **3:01CV996(AWT) (DFM)** |
| UNISOURCE WORLDWIDE, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGIA-PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | **July 15, 2004** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move this Court for a short extension of the time period governing Defendants' reply brief in support of its Motion for Summary Judgment on Plaintiff's Promissory Estoppel Claim. Specifically, Defendant's request a one week extension of time until July 26, 2004, in which to file their reply brief.

In support of this motion, Defendants state as follows:

1. On November 17, 2003, Defendants filed their motion for summary judgment on all of the claims in Plaintiff David Henwood's Amended Complaint.

2. By Order dated March 15, 2004, this Court granted Plaintiff leave to add a claim for promissory estoppel to his Amended Complaint.

3. On June 1, 2004, Defendants filed their motion for summary judgment on Plaintiff's promissory estoppel claim. Plaintiff sought, and Defendants consented to, a one

week extension of time for Plaintiff to file his opposition brief. Then, on July 1, 2004,

Plaintiff served his opposition papers on Defendants by mail.

4.   Defendants reply brief is therefore currently due on or before July 19, 2004.

5.   In order to have sufficient time to reply to Plaintiff's opposition papers,

Defendants are seeking a one week extension of time, until July 26, 2004, in which to file

their reply brief.

6.   This is the first request made by Defendants for an extension of time in which

to file this reply brief.

7.   Defendants have conferred with Plaintiff's counsel about this request and

Plaintiff's counsel consents to the requested extension.

8.   For the reasons set forth above, Defendants respectfully assert that good

cause exists for the granting of this motion.

For these reasons, Defendants respectfully request that this Court grant this motion

and extend the deadline for filing their reply brief until July 26, 2004.

THE DEFENDANTS,

UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORP.

By _____
Gregory B. Nokes (ct06905)
McCARTER & ENGLISH
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3495
(860) 275-6700

C. Randolph Sullivan (ct22795)
Kimberlee W. DeWitt (ct23825)
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid,

to the following counsel of record on this 15th day of July, 2004:

Daniel M. Young
WOFSEY, ROSEN, KWESKIN &KURIANSKY, LLP
600 Summer Street
Stamford, CT 06901-1490

_____
Gregory B. Nokes

HARTFORD: 619065.01