UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 15 P 1: 27

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DAVID D. HENWOOD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 3:01CV996(AWT) (DFM) |
| UNISOURCE WORLDWIDE, INC. | ) |
| and | ) |
| GEORGIA-PACIFIC CORPORATION, | ) |
| Defendants. | ) July 15, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants") respectfully move this Court for a short extension of the time period governing Defendants' reply brief in support of its Motion for Summary Judgment on Plaintiff's Promissory Estoppel Claim. Specifically, Defendant's request a one week extension of time until July 26, 2004, in which to file their reply brief.

In support of this motion, Defendants state as follows:

1. On November 17, 2003, Defendants filed their motion for summary judgment on all of the claims in Plaintiff David Henwood's Amended Complaint.

2. By Order dated March 15, 2004, this Court granted Plaintiff leave to add a claim for promissory estoppel to his Amended Complaint.

3. On June 1, 2004, Defendants filed their motion for summary judgment on Plaintiff's promissory estoppel claim. Plaintiff sought and Defendants consented to a one

Extension GRANTED, to and including July 26, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   7/17/04