

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID D. HENWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 3:01CV996(AWT) (DFM) |
| UNISOURCE WORLDWIDE, INC. | ) ) |
| and | ) ) |
| GEORGIA-PACIFIC CORPORATION, | ) ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO STRIKE

Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Defendants"), by counsel, hereby move this Court to strike Plaintiff David D. Henwood's ("Henwood") Errata Sheet for Transcript of Continued Deposition of David D. Henwood Held on May 18, 2004 ("Errata Sheet"),[1] served by Henwood on Defendants on June 22, 2004, and offered by Henwood in opposition to Defendants' Motion for Summary Judgment on Plaintiff's Claim of Promissory Estoppel. Defendants, in support of their motion, state the following:

---

[1] On July 21, 2004, Henwood served on Defendants an Amended Errata Sheet to the May 18, 2004 Henwood deposition transcript. Defendants are including the amended errata sheet within this motion to strike and simply refer to the initial and amended errata sheets collectively as "Errata Sheet."
[Margin annotation: DENIED, for the reasons set forth by the plaintiff in his opposition (Doc. No. 115). See, in particular, Exhibits C and D, and Podell v. Citicorp Diners Club, Inc., 112 F.3d 98, 103 (2d Cir. 1997). It is so ordered. /s/ Alvin W. Thompson, U.S.D.J. Hartford, CT 03/29/2006]