FILED

UNITED STATES DISTRICT COURT 2006 MAY 25  P 4: 19

DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

DAVID D. HENWOOD,                )
                                 )
                   Plaintiff,    )   CIVIL ACTION NO.:
                                 )   3:01CV966 (AWT)
v.                               )
                                 )
UNISOURCE WORLDWIDE, INC. and    )
GEORGIA-PACIFIC CORPORATION,     )
                                 )
                   Defendants.   )   MAY 25, 2006

## **APPEARANCE**

Please enter my appearance on behalf of Defendants Unisource Worldwide, Inc.

and Georgia-Pacific Corporation in the above-captioned matter.

THE DEFENDANTS,
UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORPORATION
BY McCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By   Robert Gallo
     Robert J. Gallo (ct 19982)
     CityPlace I - 36th Floor
     185 Asylum Street
     Hartford, CT  06103
     Telephone:  (860) 275-6700
     Facsimile:  (860) 724-3397
     Email:  rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been sent via U.S.

first class mail, postage prepaid, this 25th day of May, 2006 to:

> David M. Cohen, Esq.
> Daniel M. Young, Esq.
> Wofsey, Rosen, Kweskin & Kuriansky, LLP
> 600 Summer Street
> Stamford, CT 06901-1490
>
>
> C. Randolph Sullivan, Esq.
> Scott A. Johnson, Esq.
> Hunton & Williams
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, VA  23219

_Robert Gallo_
Robert J. Gallo

ME1\5668086.1