UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 MAY 26 P 3: 45

| | |
|---|---|
| DAVID D. HENWOOD, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO.: |
| | ) 3:01CV996 (AWT) |
| v. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC. and | ) |
| GEORGIA-PACIFIC CORPORATION, | ) |
| | ) |
| Defendants. | ) May 26, 2006 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Wendi J. Kemp, hereby moves to withdraw her appearance on behalf of Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation, in the above-captioned matter due to her resignation from the firm of McCarter & English, LLP. Attorneys Gregory B. Nokes and Robert J. Gallo of McCarter & English, LLP have an appearance in this action on behalf of Defendants.

THE DEFENDANTS,
UNISOURCE WORLDWIDE, INC.
GEORGIA-PACIFIC CORPORATION
BY McCARTER & ENGLISH, LLP
THEIR ATTORNEYS

By_____
    Wendi J. Kemp (CT 11185)
    CityPlace I - 36th Floor
    185 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 275-6700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance has been sent via U.S. first class mail, postage prepaid, this 26th day of May, 2006 to:

>David M. Cohen, Esq.
>Daniel M. Young, Esq.
>Wofsey, Rosen, Kweskin & Kuriansky, LLP
>600 Summer Street
>Stamford, CT 06901-1490

>C. Randolph Sullivan, Esq.
>Scott A. Johnson, Esq.
>Hunton & Williams
>Riverfront Plaza, East Tower
>951 East Byrd Street
>Richmond, VA 23219

_____
Wendi J. Kemp