UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID D. HENWOOD                    :

    v.                               :        CASE NO. 3:01CV996 (AWT)

UNISOURCE WORLDWIDE INC., and       :
GEORGIA-PACIFIC CORPORATION

JUDGMENT

This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting: 1) the defendants' motion for summary judgment [doc. #66]; and 2) the defendants' motion for summary judgment on the plaintiff's promissory estoppel claim [doc. #103]; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Unisource Worldwide Inc., and Georgia-Pacific Corporation, as to all of the plaintiff's claims.

Dated at Hartford, Connecticut, this 5th day of October, 2006.

                              KEVIN F. ROWE, Clerk

                          By    /s/ SLS
                              Sandra Smith
                              Deputy Clerk