UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID D. HENWOOD

vs.                                        CIVIL CASE NO.: 3:01CV996 (AWT)

UNISOURCE WORLDWIDE, INC., and
GEORGIA-PACIFIC CORPORATION

### NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1), DAVID D. HENWOOD hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following attached Judgment and Order: (a) Ruling on Motion for Summary Judgment, and (b) Judgment.

2. The Ruling on Motion for Summary Judgment was entered on September 29, 2006, and the Judgment was entered on October 5, 2006.

Date: __10/26/06__

_____
David M. Cohen (ct06047)
Daniel M. Young (ct17188)
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street - 7th Floor
Stamford, CT 06901-1490
Telephone: (203) 327-2300
Fax:  (203) 967-9273
E-mail: dyoung@wrkk.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appeal was mailed to the following counsel of record on this 26th day of October, 2006:

C. Randolph Sullivan, Esq.
Scott A. Johnson, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 1535
Richmond, VA 23219-4074


Gregory B. Nokes, Esquire
Robert J. Gallo, II, Esquire
McCarter & English
CityPlace I
185 Asylum Street - 36th Floor
Hartford, Connecticut 06103-3495

_____
Daniel M. Young