UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID D. HENWOOD                    DOCKET NO. 3:01-CV-00996(AWT)

VS.                                 USCA NO. 06-4972CV

UNISOURCE WORLDWIDE, INC.
AND GEORGIA PACIFIC CORP.            JANUARY 22, 2007


INDEX TO THE RECORD ON APPEAL

|  | No. of Pages |
|---|---|
| Cert. Copy of docket sheet | 15 |

|  | Document No. |
|---|---|
| Amended Complaint, doc. # 21 | 1 |
| Answer & Special Defenses, doc. # 23 | 2 |
| Defendants' Motion for Summary Judgment, doc. # 66 | 3 |
| Defendants' Memorandum in Support re doc. # 66 Motion for Summary Judgment, doc. # 67 | 4 |
| Defendants' Affidavit re doc. # 66 Motion for Summary Judgment, doc. # 68 | 5 |
| Plaintiff's Memorandum in Opposition re doc. # 66 Motion for Summary Judgment, doc. #74 | 6 |
| Plaintiff's Statement of Material Facts re doc. # 66 Motion for Summary Judgment, doc. # 75 | 7 |
| Plaintiff's Affidavit re doc. # 66 Motion for Summary Judgment, doc. # 76 | 8 |
| Plaintiff's Exhibits re doc. # 66 Motion for Summary Judgment, doc. # 77 | 9 |

|  | Document No. |
|---|---|
| Plaintiff's Sealed Documents, doc. # 82 | 10 |
| Defendants' Reply to Response to doc. # 66 Motion for Summary Judgment, doc. # 87 | 11 |
| Plaintiff's Sur-Reply to Response to doc. # 66 Motion for Summary Judgment, doc. # 98 | 12 |
| Plaintiff's Reply to defenses re doc. # 99 Answer to Amended Complaint, doc. # 102 | 13 |
| Defendants' Motion for Summary Judgment, doc. # 103 | 14 |
| Defendants' Memorandum in support re doc. # 103 Motion for Summary Judgment, doc. # 104 | 15 |
| Defendants' Supplemental Statement of Material Facts re doc. # 103 Motion for Summary Judgment, doc. # 105 | 16 |
| Plaintiff's Memorandum in Opposition re doc. # 103 Motion for Summary Judgment, doc. # 109 | 17 |
| Plaintiff's Statement of Material Facts re doc. # 103 Motion for Summary Judgment, doc. # 110 | 18 |
| Defendants' Reply to Response to doc. # 103 Motion for Summary Judgment, doc. # 113 | 19 |
| Amended Complaint, doc. # 117 | 20 |
| Answer to Amended Complaint, doc. # 118 | 21 |
| Ruling on Motion for Summary Judgment, doc. # 123 | 22 |
| Judgment, doc. # 124 | 23 |
| Notice of Appeal, doc. # 125 | 24 |