IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID D. HENWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> UNISOURCE WORLDWIDE, INC. and ) <br> GEORGIA-PACIFIC CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. <br> 3:01CV996 (AWT) <br> <br> <br> **DEFENDANTS' NOTICE OF MANUAL FILING** |

Please take notice that Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation have manually filed the following documents: Bill of Costs and Itemization and Documentation for Requested Costs.

These documents have not been filed electronically because:

[X]     the document (or thing) cannot be converted to an electronic format

These documents have been manually served on all parties.

Respectfully submitted this the 21st day of July, 2008.

UNISOURCE WORLDWIDE, INC. and
GEORGIA-PACIFIC CORPORATION

*/s/ Robert Gallo*
Robert Gallo (ct19982)
McCARTER & ENGLISH
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3495
Ph. (860) 275-6722

ME1 7546713v.1

C. Randolph Sullivan (ct22795)
Kimberlee W. DeWitt (ct23825)
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, Virginia 23219
Ph. (804) 788-8200

ME1 7546713v.1

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing Notice of Manual Filing, was mailed, by first class mail, postage prepaid, this 21st day of July, 2008, to :

> Daniel M. Young, Esq.
> Wofsey Rosen Kweskin & Kuriansky LLP
> 600 Summer Street
> Stamford, CT  06901

*Robert Gallo*
_____
Robert J. Gallo

ME1 7546713v.1